IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ADROIT Rujay Management Professionals LLC; Asann Josepho Wyatt

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 20-4123-cv-w-SRB

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☒ Yes ☐ No

Defendants cont...

Megan Brennan
Postmaster General, United States Post Office
475 L'Enfant Plaza SW
Room 412
Washington DC., MO  64154

Andrew Saul
Commissioner, Social Security Administration

ex KC Mayor
Sly James
414 E 12th Street
kcmo 64106

KC Board of Commissioners
Mayor Quinton Lucas
1125 Locust St
kcmo 64106

Defendants Cont(2)

Donald Trump
US President
1600 Pennsylvania Ave., NW
Washington, DC

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Asahn Wyatt
Street Address: 14700 W 112th Street
City and County: Lenexa, Johnson
State and Zip Code: Kansas 66215
Telephone Number: 913-732-0988
E-mail Address: asahnwyatt@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Kansas City Police Dept
Job or Title (if known):
Street Address: 1125 Locust
City and County: Kansas City, Jackson County
State and Zip Code: Missouri, 64106
Telephone Number: 816.234.5000
E-mail Address (if known):

Defendant No. 2

Name: William Barr
Job or Title (if known): US Attorney General
Street Address: 950 Pennsylvania Ave
City and County:

2

State and Zip Code _Washington DC 20530_
Telephone Number _____
E-mail Address _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☐ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

☒ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_FBI, USPS, Social Security_
_____

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

　A.　The Plaintiff(s)

　　The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

The duration and pre meditation of nefarious acts committed

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff claim a conspiracy to violate civil rights, defamation, false arrest, illegal eviction sabotage, and cover up. Hippa-rights violations as well. All commited in Jackson and Johnson Co. Mo and Ks. The events took place over the time period 2015-2020 (current) An undercover investigation conducted by KCPD has solicited the assistance of Social Security, FBI and USPS to create the harms.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

$3,111,300,000 in damages
933,360,000 in Punitive damages
immediate cessation of investigation

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?
Yes ☒  No ☐

Do you claim punitive monetary damages?
Yes ☒  No ☐

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

_5 years of egregious acts involving violation of civil rights_

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 2, 2020

Signature of Plaintiff

Printed Name of Plaintiff _Asahn Wyatt_

6